NO. 07-04-0442-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 16, 2005

_____


IN THE INTEREST OF K.M., A CHILD
_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 67,189-D; HONORABLE DON EMERSON, JUDGE

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On February 2, 2005, the appellant, Scott Reggio, filed a Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1.

James T. Campbell
Justice